Katherine G. Rubschlager (SBN 328100)
Email:  katherine.rubschlager@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
T:  650-838-2000
F:  650-838-2001

M. Scott Stevens (*pro hac vice pending*)
Email:  scott.stevens@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street
Bank of America Plaza
Suite 4000
Charlotte, NC 28280
T:  704-444-1000
F:  704-444-1111

Deron R. Dacus (*pro hac vice* forthcoming)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543

*Counsel for Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO ZYXEL COMMUNICATIONS, INC.<br><br>Served in case:<br><br>*TQ Delta, LLC v. Commscope Holding Company, Inc., Commscope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC*, No. 2:21-cv-310-JRG (E.D. Tex.) (Lead Case),<br><br>*Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.*, No. 2:21-cv-309-JRG (E.D. Tex.) (Member Case). | Misc. Case No. 2:22-mc-168<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT NOKIA'S MOTION TO COMPEL OUT OF DISTRICT SUBPOENAS AGAINST ZYXEL COMMUNICATIONS, INC.** |

This matter came on for hearing of Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.'s (collectively "Nokia") motion to compel compliance with the subpoenas served on non-party ZyXEL Communications, Inc. ("ZCI").

IT IS HEREBY ORDERED that ZCI must comply with the subpoena *duces tecum* and produce all documents responsive to Document Request Nos. 1–11, within five business days of the Court's order.  It is further ordered that ZCI must comply with the subpoena *ad testificandum*, and provide a witness prepared to testify on Deposition Topics 1–12.

Dated: _____           _____
                                 UNITED STATES DISTRICT COURT JUDGE