Katherine G. Rubschlager (SBN 328100)
Email: katherine.rubschlager@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
T: 650-838-2000
F: 650-838-2001

M. Scott Stevens (*pro hac vice* forthcoming)
Email: scott.stevens@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street
Bank of America Plaza
Suite 4000
Charlotte, NC 28280
T: 704-444-1000
F: 704-444-1111

Deron R. Dacus (*pro hac vice* forthcoming)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543

*Counsel for Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE SUBPOENA TO ZYXEL COMMUNICATIONS, INC.*<br><br>Served in case:<br><br>*TQ Delta, LLC v. Commscope Holding Company, Inc., Commscope Inc., Arris International Limited, Arris Global Ltd., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises, LLC*, No. 2:21-cv-310-JRG (E.D. Tex.) (Lead Case),<br><br>*Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.*, No. 2:21-cv-309-JRG (E.D. Tex.) (Member Case). | Misc. Case No. 2:22-mc-168<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

- 1 -

In accordance with Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.'s (collectively "Nokia") state the following:

- Nokia of America Corporation is a wholly owned subsidiary of Nokia Solutions and Networks B.V., a company organized under the laws of the Netherlands, which is a wholly owned subsidiary of Nokia Solutions and Networks Oy, a company organized under the laws of Finland.
- Nokia Solutions and Networks Oy is a wholly owned subsidiary of Nokia Corporation. Nokia Corporation is a publicly traded company organized under the laws of Finland.

Dated:  August 19, 2022

BY: */s/ Katherine G. Rubschlager*

Katherine G. Rubschlager (SBN 328100)
Email:  katherine.rubschlager@alston.com
**ALSTON & BIRD LLP**
1950 University Avenue, Suite 430
East Palo Alto, CA 94303
T:  650-838-2000
F:  650-838-2001

M. Scott Stevens (*pro hac vice* forthcoming)
Email:  scott.stevens@alston.com
**ALSTON & BIRD LLP**
101 South Tryon Street
Bank of America Plaza
Suite 4000
Charlotte, NC 28280
T:  704-444-1000
F:   704-444-1111

Deron R. Dacus (*pro hac vice* forthcoming)
**THE DACUS LAW FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1171
Facsimile: (903) 581-2543

*Counsel for Defendants Nokia Corp., Nokia Solutions and Networks Oy, and Nokia of America Corp.*